UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEADFAST INSURANCE
COMPANY,

                      Plaintiff,

           -v-

T.F. NUGENT INC., *et al.*,

                      Defendants.

20-CV-3959 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Court held a telephonic conference with the parties' counsel on September 22, 2021, to discuss the parties' motions arising from ongoing expert discovery. (*See* Dkts. No. 82, 87, 88, 93.) After considering the motions and discussing them in the conference, the Court hereby:

- orders Defendants to produce Weiner's expert report to Plaintiff by September 24, 2021, and the parties shall confer on a convenient time to conduct the deposition of Weiner;

- orders the parties to confer on a convenient time to conduct the deposition of McCourt;

- grants Defendants one week from the date of this order — to September 29, 2021 — to find an expert to replace Earthman; Defendants shall produce the replacement expert's report to Plaintiff by October 6, 2021, and the parties shall confer on a convenient time to conduct the deposition of this replacement expert by October 29, 2021;

- orders Defendants to produce unredacted Yorquest and RMG materials to Plaintiff by October 6, 2021; and

- grants Plaintiff's motion to quash Defendants' subpoena of non-party Wynn Fine Art, LLC, which Wynn Fine Art, LLC also asked the Court to quash in a separate letter.  (*See* Dkt. No. 96.)

The Court also hereby adjourns the telephonic conference scheduled for October 4, 2021 to November 12, 2021 at 1:00 pm.

The Clerk of Court is directed to close the motions at Docket Numbers 82, 87, 88, 93, and 96.

SO ORDERED.

Dated: September 23, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge