UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

STEADFAST INSURANCE COMPANY,

                      Plaintiff,

        -v-

T.F. NUGENT INC., *et al.*,

                      Defendants.

20-CV-3959 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Due to the current limited capacity for jury trials due to the pandemic, the jury trial in this case, previously scheduled for January 10, 2022, will not take place in January 2022 and is adjourned. The parties shall appear at a telephonic conference on December 20, 2021, at 3:30 p.m. to discuss the rescheduling of this jury trial. Counsel should call (888) 557-8511 at the scheduled time. The access code is 9300838.

    SO ORDERED.

Dated: December 10, 2021
       New York, New York

                                              J. PAUL OETKEN
                                         United States District Judge