UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEADFAST INSURANCE COMPANY,

                            Plaintiff,

              -v-

T.F. NUGENT INC., *et al.*,

                           Defendants.

20-CV-3959 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

    All filing deadlines and conference dates are adjourned *sine die*.

    The Clerk of Court is directed to close the motions at Docket Numbers 98, 103, and 127, which are denied as moot, subject to reactivation if the settlement is not finalized.

    SO ORDERED.

Dated: December 20, 2021
          New York, New York

                                                               J. PAUL OETKEN
                                               United States District Judge